# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

KEENAN BARBEE,

Defendant-Appellant.

FOR PUBLICATION
June 26, 2018

No. 337515
Wayne Circuit Court
LC No. 16-006428-01-FH

Before: MURPHY, P.J., and JANSEN and RONAYNE KRAUSE, JJ.

JANSEN, J. (*concurring*)

I concur in the result only.

/s/ Kathleen Jansen

-1-